JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL, DENTAL CERAMICS, INC., a California corporation doing business as GLIDEWELL DENTAL,<br><br>Plaintiff,<br><br>v.<br><br>NIKON METROLOGY, INC., a Michigan Corporation; NIKON RESEARCH CORPORATION OF AMERICA, a California Corporation; NIKON AMERICAS INC., a Delaware Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-01549-JLS (ADSx)<br><br>**ORDER DISMISSING COMPLAINT (DOC. 18)** |

# ORDER

The Court having considered the stipulation of the parties (Doc. 18) and good cause appearing therefore, orders the following:

Plaintiff James R. Glidewell, Dental Ceramics, Inc.'s Complaint against Nikon Metrology, Inc., Nikon Research Corporation of America, and Nikon Americas Inc. is hereby dismissed with prejudice.

Each of the parties is to bear its own costs and attorneys' fees, if any.

**IT IS SO ORDERED.**

DATED: July 5, 2022

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE